**Charles T. DAVIS, Plaintiff–Appellant,**

v.

**D. CALVIN, c/o; et al., Defendants–Appellees.**

**No. 09–16655.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 4, 2010.

Charles T. Davis, Coalinga, CA, pro se.

Vickie P. Whitney, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: WALLACE, HAWKINS and THOMAS, Circuit Judges.

### MEMORANDUM **

The district court did not abuse its discretion by dismissing Charles T. Davis's

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

("Davis") action under Federal Rule of Civil Procedure 41(b) after warning Davis to comply with its order to appear at his deposition and weighing the pertinent factors. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir.2002) (discussing factors that courts must consider in determining whether to dismiss for failure to prosecute or failure to comply with a court order).

Because we affirm the district court's dismissal under Rule 41(b), we do not consider Davis's challenges to the district court's interlocutory orders. *See Al–Torki v. Kaempen*, 78 F.3d 1381, 1386 (9th Cir. 1996).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.